Argued March 23, 1970. *Stanford Shmukler*, with him *Alan D. Williams, Jr.*, for appellant; *Stephen B. Harris*, Assistant District Attorney, with him *Ward F. Clark*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN and CERCONE, JJ., dissent and would grant a new trial.

## Commonwealth *v.* Bobko, Appellant.

Submitted September 13, 1971. *Malcolm J. Gross*, Assistant Public Defender, for appellant; *Howard R. Miller*, Assistant District Attorney, and *George J. Joseph*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Brown, Appellant.

Submitted September 13, 1971. *Marvin W. Factor*, and *Weinstein and Factor*, for appellant; *Milton M. Stein*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*,

First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Brown, Appellant.

Argued September 21, 1971. *Harold E. Martin,* for appellant; *George T. Brubaker,* Assistant District Attorney, and *Clarence C. Newcomer,* District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Bruce, Appellant.

Submitted September 14, 1971. *William Goldstein* and *Paul Goldstein,* for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Bullock, Appellant.